**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**GARRY LEE MOORE**  **PLAINTIFFS**
**(All Those Similarly Situated)**

**V.**  **NO. 1:24-CV-90-DMB-JMV**

**MONROE COUNTY DETENTION
FACILITY (MCDF), et al.**  **DEFENDANTS**

**ORDER**

On November 12, 2024, the Court, granting the defendants' motion to dismiss, dismissed with prejudice Garry Lee Moore's claims against Monroe County Detention Facility; dismissed without prejudice Moore's federal claims against Monroe County, Mississippi Board of Supervisors ("Board") and Monroe County Sheriff Kevon Crook; and dismissed with prejudice Moore's state law claims against the Board and Crook. Doc. #6. However, the Court allowed Moore fourteen days to seek leave to amend his complaint as to the federal claims against the Board and Crook, and warned Moore that if he "does not request leave to amend within fourteen days, a judgment will be entered consistent with the rulings in this order." *Id.* at 13 & n.18. Because Moore did not seek leave to amend within fourteen days of the November 12 order, has not sought leave to amend to date, and has not requested an extension to seek leave to amend, a judgment will be entered and this case will be closed.

**SO ORDERED**, this 3rd day of December, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**