IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**GARRY LEE MOORE**                                                                                          **PLAINTIFFS**
**(All Those Similarly Situated)**

**V.**                                                                                                  **NO. 1:24-CV-90-DMB-JMV**

**MONROE COUNTY DETENTION**
**FACILITY (MCDF), et al.**                                                                             **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's November 12 order and the order entered this date, Garry Lee Moore's claims against Monroe County Detention Facility are dismissed with prejudice; his federal claims against Monroe County, Mississippi Board of Supervisors ("Board") and Monroe County Sheriff Kevon Crook are dismissed without prejudice; and his state law claims against the Board and Crook are dismissed with prejudice.

**SO ORDERED**, this 3rd day of December, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**